IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| DEBORAH PUSTULKA, | ) | CASE NO. 1:22-cv-00342 |
|  | ) |  |
|  | ) | JUDGE SOLOMON OLIVER, JR. |
| Plaintiff, | ) |  |
|  | ) | MAGISTRATE JUDGE |
| v. | ) | JONATHAN D. GREENBERG |
|  | ) |  |
| LORAIN CITY SCHOOL DISTRICT | ) |  |
| BOARD OF EDUCATION, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**PARTIES' STIPULATED MOTION TO CANCEL
THE AUGUST 18, 2022 MEDIATION CONFERENCE**

Plaintiff, Deborah Pustulka ("Plaintiff"), as well as Defendants, Lorain Board of Education (the "Board") and Jeffrey Graham, Ph.D. ("Dr. Graham") (the Board and Dr. Graham collectively, "Defendants"), (Plaintiff and Defendants collectively, the "Parties"), by and through counsel and pursuant to the Court's June 22, 2022 *Case Management Conference Order* (ECF # 10) and June 22, 2022 *Order Setting Mediation Conference* (ECF #11), hereby jointly request that the Court cancel the August 18, 2022 Zoom mediation conference.

At this juncture, the Parties remain engaged in out-of-court discussions relative to the resolution of this matter – which raises matters outside the scope of the Court's current jurisdiction (i.e., *Deborah Pustulka v. Board of Education of Lorain City Sch. Dist., et al*., Lorain County Court of Common Pleas, Case No. 22-CV-05338), thus rendering the current mediation conference before Magistrate Judge Greenberg unworkable. Indeed, the Parties raised these issues with Magistrate Judge Greenberg and were advised to file the instant Motion if they felt the upcoming

{04159550 - 1}

mediation was unfeasible at this time.  Accordingly, the Parties respectfully submit that it is in the best interests of judicial economy and efficiency for the August 18, 2022 mediation conference to be canceled.  In the event it is determined that judicially-led alternative dispute resolution may be beneficial and possible, the Parties will immediately advise the Court.

Respectfully submitted,

| | |
|---|---|
| /s/ Dennis L. Pergram (per email consent 7/29/2022) | /s/ Mark S. Fusco |
| Dennis L. Pergram (Reg. No. 0010853) | Mark S. Fusco (Reg. No. 0040604) |
| Stacy V. Pollock (Reg. No. 0080229) | Email: mfusco@walterhav.com |
| MANOS, MARTIN & PERGRAM CO., L.P.A. | Direct Dial: 216-619-7839 |
| 50 North Sandusky Street | Sara Ravas Cooper (Reg. No. 0076543) |
| Delaware, Ohio 43015-1926 | Email: scooper@walterhav.com |
| Phone: (740) 363-1313 | Direct Dial: 216-928-2898 |
| dpergram@mmpdlaw.com | |
| spollock@mmpdlaw.com | WALTER | HAVERFIELD LLP |
| | The Tower at Erieview |
| *Attorney for Plaintiff, Deborah Pustulka* | 1301 E. Ninth Street, Suite 3500 |
| | Cleveland, Ohio 44114-1821 |
| | Phone: (216) 781-1212 |
| | Fax: (216) 575-0911 |
| | |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July 2022, a copy of the foregoing *Parties' Stipulated Motion to Cancel the August 18,, 2022 Mediation Conference* was filed electronically. Parties may access this filing through the Court's electronic filing system.

/s/ *Mark S. Fusco*
Attorney for Defendants

{04159550 - 1}