UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH PUSTULKA, | ) | Case No.: 1:22 CV 342 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| LORAIN CITY SCHOOL DISTRICT | ) | |
| BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant | ) | ORDER |

As it considers the parties' briefing on the issue of damages (ECF Nos. 26–29), the court requests that the parties submit by April 27, 2023, a joint update indicating whether a post-termination hearing has been held or scheduled as to Plaintiff Deborah Pustulka's administrator contract under Ohio Revised Code § 3319.16, and if such a hearing has been held, the determination of the Board of Education or the referee respecting whether Pustulka was terminated for good and just cause.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

April 17, 2023