UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH PUSTULKA, | ) | CASE #: 1:22-cv-00342-SO |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| LORAIN CITY SCHOOL DISTRICT | ) | |
| BOARD OF EDUCATION., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATED ORDER FOR
DISMISSAL WITH PREJUDICE**

Upon agreement of the Parties and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Deborah Pustulka ("Plaintiff"), and Defendant, Lorain City School District Board of Education ("Defendant") (Plaintiff and Defendant collectively, the "Parties"), hereby move the Court to enter an Order dismissing this matter and all claims with prejudice.  The Parties agree that they will each pay their own costs and attorneys' fees; any remaining court costs shall be split equally between the Parties and any refunded court costs shall be returned to Plaintiff.  The Parties further agree and request that the Court enter an Order retaining jurisdiction over the Parties' settlement of this matter to the extent applicable and necessary. The court will retain jurisdiction for up to two years.

IT IS SO ORDERED.

/s/ Solomon Oliver, Jr.
UNITED STATES DISTRICT JUDGE
March 5, 2024

Respectfully submitted,

/s/ Dennis L. Pergram (per email consent 3/5/24)
Dennis L. Pergram (0010853)
   Email:  dpergram@mmpdlaw.com
Stacy V. Pollock (0080229)
   Email:  spollock@mmpdlaw.com
MANOS, MARTIN & PERGRAM CO., LPA
50 North Sandusky Street
Delaware, OH 43015-1926
Phone: 740.363.1313
Fax:   740.363.1314

*Counsel for Plaintiff*

/s/ *Sara Ravas Cooper*
Sara Ravas Cooper (0076543)
   Email: scooper@westonhurd.com
   Direct Dial: 216.687.3364
James M. McWeeney, II (0088341)
   Email: jmcweeney@westonhurd.com
   Direct Dial: 216.687.3371
WESTON HURD LLP
1300 E. Ninth Street, Suite 1400
Cleveland, Ohio 44114-1821
Phone: 216.241.6602
Fax:   216.621.8396

*Attorneys for Defendant*

2